### TARLTON *v.* THE CITY OF FRANKLIN ET AL.

From the Johnson Circuit Court.

*T. W. Woollen* and *S. P. Oyler*, for appellant.
*R. M. Miller, G. M. Overstreet* and *A. B. Hunter*, for appellees.

PERKINS, J.—Suit to enjoin the collection of a tax assessed by the city of Franklin upon lands within the corporate limits of said city, used for agricultural purposes. Injunction refused. Appeal. The questions in this case, legal and constitutional, are decided in the case of *The City of Logansport* v. *Seybold*, 59 Ind. 225.

The judgment is affirmed, with costs.

---

### HALFMAN ET UX. *v.* FRANK ET AL.

From the Boone Circuit Court.

*O. S. Hamilton* and *F. M. Charlton*, for appellants.

BIDDLE, J.—Complaint by the appellees, against the appellants, to recover judgment on two promissory notes, and to subject certain real estate, alleged to have been fraudulently conveyed, to sale, for the purpose of paying the judgment. Trial by the court ; finding and judgment for the appellees.

The appellants introduced no evidence at the trial, but have here presented two questions : First, the insufficiency of the complaint ; second, the insufficiency of evidence.

The complaint is good, and the evidence is sufficient.

The judgment is affirmed, at the costs of the appellants, and ten per cent. damages.